**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7387**

CHARLES EDWARD HUMPHRIES, JR.,

Plaintiff - Appellant,

v.

JIMMY ASHE, Jackson County, NC Sheriff; C.B. HOOPER, Jackson County Sheriff's Department Deputy & Supervisor of Work Crew; MATT HELTON, Jackson County Sheriff's Department Lieutenant; SHEILA AIKEN, Jackson County Sheriff's Department Lieutenant; BRIAN WELLMON, Jackson County Sheriff's Department Sergeant; DEWEESE, Jackson County Sheriff's Department Medical Provider,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City. Robert J. Conrad, Jr., District Judge. (2:12-cv-00066-RJC)

Submitted: February 27, 2015          Decided: March 19, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Edward Humphries, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Humphries, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we deny his motion to appoint counsel and affirm for the reasons stated by the district court. See Humphries v. Ashe, No. 2:12-cv-00066-RJC (W.D.N.C. Sept. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2